UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN E. TORRANCE,<br><br>    Respondent. | No. 2:18-cv-01631-JAM-GGH<br><br>ORDER |

Petitioner filed a Motion to Show Cause re a tax summons enforcement matter scheduled to be heard on this court's August 2, 2018 law and motion calendar. Petitioner now seeks an extension of the time to serve the summons on respondent and, if necessary, to seek to serve by alternate means.

The court finds petitioner's request to be reasonable and in light thereof, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Enforce Tax Summons is vacated from the court's August 2, 2018 law and motion calendar;

////

////

////

////

1

2. The foregoing Motion shall be placed on the court's September 20, 2018 law and motion calendar for a show cause hearing or, in the alternative, for a hearing on petitioner's request for permission to effect alternative service on the summons.

DATED: July 3, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE