MCGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2762
Facsimile: (916) 554-2900
email: Catherine.Swann@usdoj.gov

Attorneys for Petitioner United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-01631-JAM-GGH |
|---|---|
| Petitioner, | |
| v. | ORDER FOR CONTINUANCE OF SHOW CAUSE HEARING |
| BRIAN E. TORRANCE, | |
| Respondent. | **Taxpayer:**<br>**BRIAN E. TORRANCE** |
| | **CURRENT HEARING DATE:** |
| | Date: October 5, 2018<br>Time: 9:00 a.m.<br>Ctrm: 9, 13th Floor<br>Judge; Honorable Gregory G. Hollows |
| | **REQUESTED HEARING DATE:** |
| | Date: October 12, 2018<br>Time: 10:00 a.m.<br>Ctrm: 9, 13th Floor<br>Judge: Honorable Gregory G. Hollows |

The Court, having considered the parties' stipulation to continue the Show Cause Hearing Date from October 5, 2018, to October 12, 2018, and good cause appearing:

[PROPOSED] ORDER FOR CONTINUANCE OF SHOW CAUSE HEARING

1

1     IT IS HEREBY ORDERED THAT: the Order to Show Cause Hearing is continued to Friday, October 12, 2018, at 10:00 a.m., in Courtroom No. 9.

Dated: September 18, 2018

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER FOR CONTINUANCE OF SHOW CAUSE HEARING