1  PHILLIP A. TALBERT
   Acting United States Attorney
2  STEVEN S. TENNYSON
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone: (916) 554-2798
5  Facsimile: (916) 554-2900

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-CV-01631-JAM-EFB |
| Petitioner, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| BRIAN E. TORRANCE, | |
| Respondent. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Plaintiff's notice, it is hereby ordered the above-referenced matter is dismissed without prejudice, with each party bearing its own costs.

DATED:  August 6, 2021                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL
WITHOUT PREJUDICE                    1